# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                         Chapter 13

                         Bankruptcy No. 22-10153-MDC

EDNA RODRIGUEZ

59 OTTAWA LANE

HONEY BROOK, PA 19344

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    EDNA RODRIGUEZ

    59 OTTAWA LANE

    HONEY BROOK, PA 19344

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                          /S/ Kenneth E. West

Date: 4/7/2022                                  _____

                                              Kenneth E. West, Esquire
                                              Chapter 13 Standing Trustee